PENN AMERICAN PLATE GLASS COMPANY, Respondent, *v.* CLARENCE H. RUGG, Appellant.

*Penn American Plate Glass Co.* v. *Rugg,* 121 App. Div. 893, affirmed.
(Argued October 23, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 15, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover on a promissory note.

*John D. Lynn* for appellant.

*Willard W. Saperston* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.